**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| LEA BAKER,<br><br>            Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA ex rel., *et al.*,<br><br>            Defendants. | 2:14-cv-01631-JAD-VCF<br>**ORDER** |

Before the court is the Emergency Motion to Extend Time for Service of Summons and Complaint (#21). Plaintiff seeks to extend the time for service of her Summons and Complaint on Defendant Joseph Owens by 60 days. *Id.*

On February 9, 2015, the court held a hearing and heard representations from the parties. At the hearing, Plaintiff also sought an extension of time to serve Defendant Curtis Ross. Appearing Defendants do not oppose the requested extension at the time.

Under Federal Rules of Civil Procedure 4(m),

> Time Limit for Service: If a defendant is not served within 120 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service must be made within a specified time. But if the plaintiff shows good cause for failure, the court must extend the time for service for an appropriate period.

Here, Plaintiff has shown good cause and there is no prejudice to the opposing party for the court to grant an extension time to effectuate service on Defendants Joseph Owens and Curtis Ross.

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that the Emergency Motion to Extend Time for Service of Summons and Complaint (#21) is GRANTED.

IT IS FURTHER ORDERED that on or before February 13, 2015, the Attorney General must provide to Plaintiff the last known telephone numbers, addresses, dates of birth, and social security numbers of Defendants Joseph Owens and Curtis Ross, for whom it did not accept service. Plaintiff is ordered to keep this information confidential, disclosing it only to the extent necessary to effect service. Plaintiff's counsel must inform all persons to whom this information is given of this confidentiality requirement.

IT IS FURTHER ORDERED that the last day to effectuate service on Defendants Joseph Owens and Curtis Ross is April 15, 2015.

DATED this 10th day of February, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE